# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

149789(24)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

BILLY JO ORRICK,
      Defendant-Appellant.

SC: 149789
COA: 321499
Berrien CC: 2011-016332-FC

_____/

      By order of May 25, 2016, the motion for reconsideration of this Court's October 28, 2015 order was held in abeyance pending the decisions in *People v Steanhouse* (Docket No. 152849) and *People v Masroor* (Docket Nos. 152946-8). On order of the Court, the cases having been decided on July 24, 2017, 500 Mich 453 (2017), the motion for reconsideration is again considered, and it is DENIED, because it does not appear that the order was entered erroneously.

      CLEMENT, J., did not participate.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2017



Clerk

a1120